General of Virginia, Richmond, VA, for appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

James H. Bentley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Bentley v. Garraghty*, No. CA–00–1700–AM (E.D.Va. filed Jan. 17, 2001; entered Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Jerome Scott, pro se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Jerome Scott seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Scott v. South Carolina*, No. CA–99–3932–3–13BBC (D.S.C. Feb. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Jerome SCOTT, Petitioner–Appellant,**

v.

**State of SOUTH CAROLINA; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–6314.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 25, 2001.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Harold Lee SMITH, Defendant–Appellant.**

No. 00–4181.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2001.

Decided April 26, 2001.